FILED

IN THE UNITED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2016 OCT 24  A 11: 27

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| RODNEY P. HUNT ) | ARLINGTON COUNTY DISTRICT COURT |
| ) | COURT CASE NO: GV16003602-00 |
| Plaintiff, ) | |
| ) | BANKRUPTCY CASE NO: 15-13962 |
| V. ) | |
| ) | |
| ) | NOTICE OF REMOVAL |
| And ) | OF STATE ACTION |
| ) | 28 U.S.C 1331, et al. |
| ) | |
| 201 CHAIN BRIDGE ROAD, LLC ) | 1:16cv1335 |
| ) | JCC/MSN |
| Defendants. ) | |

## NOTICE OF REMOVAL TO UNITED STATES BANKRUPTCY COURT

To all parties, Arlington County District Court of the Commonwealth of Virginia and counsel, take notice that this entire matter has been Removed into this UNITED BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA . The entire *state court's file* noted as Case No.: GV16003602-00 will be Exhibit 1 to the Removal.

1. Said Removal shall divest and disqualify the Virginia State- General Court from taking any further action in the underlying case for want to jurisdiction under 28 U.S.C. 1331, et al and FRCP Rule 11. **A stay on the State Court proceedings now exists.**

2. A formal determination of real property rights are in issue in this action and must be adjudicated as a condition precedent to a determination under the state case referenced. The potential for double inconsistent judgements in two forums exists. There is a soon to be filed federal case the core issue of which will be the egregious misconduct of Daniel M. Press the attorney for **Plaintiff** for failure to defend the Debtor/Plaintiff assets and complete disregard in

opposing a Motion of Relief filed by Bank of America, N.A. and Bank of America for selling his property at a foreclosure sale for a price below the market and 201 Chain Bridge Road, LLC for proceeding for an unlawful detainer action in clear violation of bankruptcy law. All the defendants in this actions orchestrated the illegal taking of the property belonging to Plaintiff via a corrupt foreclosure sale, uncontested motion for relief despite plaintiff having legal representation which included the failure to defend the motion for relief filed by Bank of America and notify or serve Plaintiff with any notices, warnings or legal actions required under bankruptcy statues and fiduciary duty of Plaintiff's attorney inform his client and the effect of this misconduct as causing defendants to be deprived of his property and livelyhood in violation of the 5th and 14th Amendments to the U.S. Constitution without a *scintilla* of due process which has caused him extreme and outrageously inflicted distress, harm and injury and violated other federal statutes including Bankruptcy Law Violations, Civil rights Discrimination, Fair Debt Collection Practices Act and Fair Credit Reporting Acts and Legal Misrepresentation. The action will sound loud bankruptcy violations as its core theme.

All the defendants conspired to take his property by taking advantage the Debtor in this case was incarcerated and his attorney did not inform him of the pending actions in his bankruptcy case. There are also serious questions as to why the trustee of the bankruptcy estate allowed a property worth more than 27 millions to be sold for just 9 million dollars, on that ground alone merits this case be removed and be decided in this bankruptcy court.

3. Plaintiff further seeks an injunction staying any and all actions of creditors, or interested parties that are listed herein and are the subject premises for the pending action and determination by this bankruptcy court.

4. The issues in that action materially affect the case now Removed and hence should be consolidated with this matter in the interest if expeditious handling and to avoid conflicting outcomes in several different forums. The removing party requests that the court take judicial notice of this **Related Action** for all purposes upon filing of that anticipated matter within a period of approximately three to four weeks.

5. Plaintiff has dismissed his counsel Daniel M. Press to represent him in this matter and is further precluded from making any representation on behalf of Plaintiff in any court.

6. Previously this ARLINGTON COUNTY DISTRICT COURT **CASE NO: GV16003602-00** was removed the United States Bankruptcy Court for the Eastern District of Virginia, counselor Daniel M. Press erroneously informed the court that Plaintiff Rodney P. Hunt did not sign the motion and the case was dismissed.

7. Within the civil complaint referenced in paragraph 2, above, material issues exist <u>bear on the plaintiff's ability to assert rights within the Removed case</u>. Plaintiff in this new matter will asserted various claims and remedies based on promises and contractual obligations between plaintiff and defendants which were alleged to have been breached all to defendants' joint and several and individual detriment and injury. Defendants in this action, cannot properly litigate this new matter to its fullest if the underlying Removed matter, which under Virginia scheme of law does not fairly allow full litigation of title disputes and issues including the "taking of property without due process of law" envisioned within the 5th and 14th Amendments, attendant to such, nor the further issues of provable prior and subsequent title to real property, legal standing and contractual breaches which have harmed plaintiff, which if proven would form the basis for a rescission and setting aside of the foreclosure. Plaintiff in this secondary action will seek to reverse the conveyance loss of his primary residence, a single family home and a unique asset worth millions of dollars. If proved, the state court action against Rodney P. Hunt would

render the sale reversed and this underlying action would be deemed moot by operation of the law for want of title. Thus, this honorable court has much to gain by processing both matters in the due course of litigation which would resolve the conflicts and injuries alleged, under one federal roof.

    8. **No parties will be prejudiced** by this delay in prosecuting the Removed matter. Pursuant to procedural requirements the entire Removed action file contents are attached as Exhibit 1 to this Notice with Certificate of Service upon the State Court.

    9. Sufficient ground exists for this Removal as set forth in the Civil Case Cover Sheet under Grounds for Removal. The defendant 201 CHAIN BRIDGE ROAD, LLC., herein is a company whose *situs* and residency or place of business is in California, thus the matter may be removed on Diversity basis. This matter concerns the questionable conduct Plaintiff's attorney and bankruptcy trustee representing the Debtor

October 24, 2016

                                              Rodney P. Hunt, defendant, *pro se*

STATE OF VIRGINIA, At Large

County of Fairfax, to wit:

    I, the undersigned NOTARY PUBLIC in and for the State and County aforesaid, do hereby Certify that RODNEY P. HUNT whose name is signed to the foregoing documents, dated has acknowledged the same before me in my State and County aforesaid.

    Given under my hand and seal this 24th day of October 2016

                                              NOTARY PUBLIC

My commission expires

11/30/2016

MARWA M. AHMED
Notary Public
Commonwealth of Virginia
7520991
My Commission Expires Nov 30, 2016

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
OCT 24 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

RODNEY P. HUNT )
*Plaintiff/Petitioner* )
v. ) Civil Action No. 1:16CV1335 - JCC/MSN
201 CHAIN BRIDGE ROAD, LLC )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Not employed, presently in bankruptcy at EDVA case No: 15-13962

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☒ No
(e) Gifts, or inheritances                             ☐ Yes    ☒ No
(f) Any other sources                                  ☐ Yes    ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent       1800
Food        400
transportation  900
           _____
           3000

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Bank of America approximately $7,000.000

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/24/16

Applicant's signature

RODNEY P. HUNT
Printed name

CLOSED

## U.S. District Court
### Eastern District of Virginia - (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:16-cv-01335-JCC-MSN
*Internal Use Only*

Hunt v. 201 Chain Bridge Road, LLC
Assigned to: District Judge James C. Cacheris
Referred to: Magistrate Judge Michael S. Nachmanoff
Case in other court:  Arlington County District Court, GV 16003602-00
Cause: 28:1441 Notice of Removal

Date Filed: 10/24/2016
Date Terminated: 10/27/2016
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Federal Question

**Plaintiff**

Rodney P. Hunt                                            represented by  Rodney P. Hunt
                                                                          201 Chain Bridge Road
                                                                          McLean, VA 22101
                                                                          PRO SE

**Defendant**

**201 Chain Bridge Road, LLC**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/24/2016 | 1 | 2 | NOTICE OF REMOVAL from Arlington County District Court, case number GV 16003602-00 filed by Rodney P. Hunt. (Attachments: #1 Civil Cover Sheet)(pmil, ) (Entered: 10/26/2016) |
| 10/24/2016 | 2 | 8 | MOTION for Leave to Proceed in forma pauperis by Rodney P. Hunt. (pmil, ) (Entered: 10/26/2016) |
| 10/27/2016 | 3 | 10 | ORDER - It is accordingly ORDERED that the case be TRANSFERRED to the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division. The Clerk of this Court is directed to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division. Signed by District Judge James C. Cacheris on 10/27/16. (gwalk, )(c/s) (Entered: 10/27/2016) |
| 10/28/2016 |  | 11 | Case transferred to United States Bankruptcy Court for the Eastern District of Virginia - Alexandria Division. (pmil, ) (Entered: 10/28/2016) |

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RODNEY P. HUNT

**(b)** County of Residence of First Listed Plaintiff: FAIRFAX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
201 CHAIN BRIDGE ROAD, LLC

County of Residence of First Listed Defendant: ARLINGTON
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** |  | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
FRAUD UPON U.S. BANKRUPCY COURT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## CERTIFICATE OF SERVICE OF <u>NOTICE OF REMOVAL</u> ON STATE COURT AND COUNSEL

On October 24, 2016, I jointly served the State Court from which this instant Removed action was taken and serve a copy of this *Notice of Removal* and also upon attorney for the plaintiff as follows:

*Counsel for Defendant*

**201 Chain Bridge Road, LLC**
Stephen Christenson
4160 Chain Bridge Road
Fairfax, Virginia 22030
*Counsel for Defendant*

**Daniel M. Press**
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*In his personal capacity*

**Janet M. Meiburger**
Bankrupcy Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201

State Court served by Personal Service:

Arlington County General District Court - Clerk of the Court
1425 N Courthouse Rd
Arlington, VA 22201

I declare under penalty of perjury that the forgoing is true and correct. Executed on August 24, 2016

_____
Rodney P. Hunt, defendant, pro se