IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Rodney P. Hunt

    Plaintiffs

v.                                              1:16cv1335 (JCC/MSN)

201 Chain Bridge Road, LLC

    Defendant.

## ORDER

The Court received the Notice of Removal to United States Bankruptcy Court filed by plaintiff and appearing that it was inadvertently filed in the wrong court, it is accordingly

ORDERED that the case be TRANSFERRED to the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division.

The Clerk of this Court is directed to transfer all pleadings filed in this case and a copy of the docket sheet to the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division.

                                                /s/
                                        James C. Cacheris
                                        United States District Judge

October 27, 2016
Alexandria, Virginia