# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re:<br><br>RODNEY PAUL HUNT,<br><br>   Debtor. | Case No.  15-13962-RGM<br>(Chapter 7) |
| RODNEY P. HUNT,<br><br>   Plaintiff,<br><br>vs.<br><br>201 CHAIN BRIDGE ROAD, LLC,<br><br>   Defendant. | Adv. Proc. No. 16-01199-RGM |

### ORDER SETTING STATUS CONFERENCE

Pursuant to §105(d) of the United States Bankruptcy Code, it is, by the court, *sua sponte*,

ORDERED:

A status conference regarding the above-captioned case will be held on:

**November 15, 2016 at 10:30 a.m.**

Alexandria, Virginia
October 31, 2016

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copies mailed to:

Rodney Paul Hunt
201 Chain Bridge Road
McLean, VA 22101

Leonidas Koutsouftikis
Magrudger Cook & Koutsouftikis
1889 Preston White Drive, Suite 200
Reston, VA 20191

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Janet Meiburger, Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101

20616